United States District Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CR ACTION NO. 6:24-CR-00068 -001 |
| | § | |
| RAMIRO RAMIREZ VALDEZ, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard. This is a serious drug trafficking offense. The case involves controlled purchases of multi-ounce quantities of methamphetamine from persons who allegedly received the methamphetamine from the defendant. The defendant is alleged to be the source of supply.

The defendant was under a pretrial diversion program at the time of his arrest. While the controlled purchases occurred prior to the defendant being placed on pretrial diversion, the evidence indicates the defendant continued to commit drug trafficking offenses after being placed on pretrial diversion. At the time of his recent arrest, defendant was in possession of marihuana with a weight indicative of distribution. Further, an assault rifle was recovered from his residence, hidden in or under a baby crib. For these reasons, and the reasons stated on the record, the undersigned finds the defendant to be a poor candidate for bond. The defendant is ORDERED DETAINED pending trial. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on December 17, 2024.

_____
Jason B. Libby
United States Magistrate Judge